IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP JAMES,                                             No. 2:08-cv-01032-MCE-GGH

    Plaintiff,

  vs.                                                                  ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

      On May 16, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

      This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).

1 | The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley
2 | Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).
3 |     The court has reviewed the applicable legal standards and, good cause appearing,
4 | concludes that it is appropriate to adopt the Findings and Recommendations in full.  Accordingly,
5 | IT IS ORDERED that:
6 |     1.  The Findings and Recommendations filed May 16, 2008, are ADOPTED;
7 |     2.  Plaintiff's application to proceed in forma pauperis is DENIED; and
8 |     3.  The court notes that plaintiff paid the filing fee on May 29, 2008.

Dated:  June 16, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE